# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2020

SEAN F. McAVOY, CLERK

SEBASTIAN CORTES AGUILAR,

*Plaintiff*

v.

JEFFERY A. UTTECHT,

*Defendant*

Civil Action No.  2:20-CV-27-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   IT IS ORDERED that this action is DISMISSED with prejudice as time barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson

Date:  June 5, 2020

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

Sean F. McAvoy